UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| EEI HOLDING CORPORATION, an Illinois corporation, d/b/a BRH BUILDERS & RECONSTRUCTORS, an Illinois corporation, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 08-3193 |
| SAFECO INSURANCE COMPANY, a Washington corporation, | ) ) ) ) | |
| Defendant. | ) | |

## OPINION

The parties have signed and submitted a Stipulation of Dismissal (d/e 27).  In it, the parties assert that the cause has been settled and ask that the matter be dismissed, with prejudice, with each party to bear its own costs.

Therefore, the case is DISMISSED WITH PREJUDICE.  Each party shall bear its own costs.

SO ORDERED.  CASE CLOSED.

ENTER: January 19, 2012

FOR THE COURT:

  s/Sue E. Myerscough  
SUE E. MYERSCOUGH
UNITED STATE DISTRICT JUDGE
